U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 2 4 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| ALFRED SENEGAL | CIVIL ACTION NO. 6:12-cv-3016 |
| LA. DOC #549105 | |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| STATE OF LOUISIANA | MAGISTRATE JUDGE C. MICHAEL HILL |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's "Application for Writ of Mandamus" be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _24th_ day of July, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE